UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS K. LOGG,<br><br>Plaintiff,<br><br>vs.<br><br>ABILENE MOTOR EXPRESS, INC., and DAVID W. BROOKS,<br><br>Defendants. | No.<br><br>NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 USC §1441 & §1446<br><br>(Clerk's Action Required) |

Defendants Abilene Motor Express, Inc. and David W. Brooks hereby remove King County Superior Court Cause No. 18-2-22191-9 SEA entitled *Travis K. Logg v. Abilene Motor Express, Inc. and David W. Brooks* to the United States District Court for the Western District of Washington. Pursuant to 28 U.S.C § 1332(a) and (c), § 1441(a), § 1446(a), (b) and (d), and Western District LCR 101(a) and (b), these are the grounds for the removal:

**STATEMENT OF THE CASE**

1. On September 5, 2018, Plaintiff filed a Complaint in the King County Superior Court styled *Travis K. Logg v. Abilene Motor Express, Inc. and David W. Brooks*, Cause No.



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

18-2-22191-9 SEA. (Declaration of Jeff Sbaih ("Sbaih Dec."), **Exhibit A** – Summons and Complaint.)

2. The Complaint names two defendants: Abilene Motor Express, Inc. and its employee, David W. Brooks. Both defendants are seeking removal.

3. This action relates to a motor vehicle accident that occurred on or about September 30, 2015 on westbound I-90 in Washington State. Plaintiff asserts common law tort claims and is alleging personal injuries resulting from the incident.

**DIVERSITY JURISDICTION**

4. According to the Complaint, Plaintiff is a resident of Washington. (Sbaih Dec., Exhibit A, p. 1, ¶ 1.)

5. Defendants are not residents of Washington.

6. Defendant Abilene Motor Express is a foreign corporation incorporated under the laws of the state of Virginia. Its principal place of business and home office is in the state of Virginia. (Sbaih Dec., ¶ 6.)

7. Defendant David W. Brooks is a resident of the state of Virginia. (Sbaih Dec., ¶ 6.)

8. On information and belief, the amount in controversy exceeds $75,000.

9. This Court has jurisdiction over this matter under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy is in excess of $75,000, exclusive of treble damages, interest and costs.

**PROCEDURAL REQUIREMENTS SATISFIED**

10. Defendants have given written notice of the filing of this Notice of Removal to all attorneys of record and to the Clerk of the Superior Court of King County, Washington.



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

28 U.S.C. § 1446(d). (Sbaih Dec., **Exhibit B** – Notice to Plaintiff and King County Superior Court of Removal.)

11. Defendant Abilene Motor Express, Inc. was served on or about September 11, 2018 through its registered agent. Defendant David Brooks was served on or about September 5, 2018. Removal is therefore timely because it is filed within 30 days after the case first became removable. 28 U.S.C. § 1446(b).

12. Venue is proper in this Court because the action was filed in King County, Washington. *See* 28 USC §1441(a).

13. Defendants consent to the removal. (Sbaih Dec., ¶ 11.)

## CONCLUSION

Defendants requests that this action be removed to the United States District Court for the Western District of Washington at Seattle. By filing this Notice of Removal, Defendants do not otherwise waive any objections they may have to service, jurisdiction, venue, or any other defenses or objections available to them in this action. Defendants do not intend anything in this Notice to be an admission of fact, law, or liability.

DATED: September 21, 2018.

*s/Dylan E. Jackson*
Dylan E. Jackson, WSBA No. 29220

*s/ Jeff Sbaih*
Jeff M. Sbaih, WSBA No. 51551
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
Telephone: (206) 623-4100
Fax: (206) 623-9273
Email: jackson@wscd.com / sbaih@wscd.com
Attorneys for Defendants



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## CERTIFICATE OF SERVICE

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served the foregoing document on:

**Attorneys for Plaintiff:**
Christopher M. Davis, WSBA #23234
Maridith E. Ramsey, WSBA #46266
Davis Law Group, P.S.
2101 Fourth Avenue, Suite 1030
Seattle, WA 98121-2328
Phone: 206-727-4000; Fax: 206-727-4001
Email: chris@davislawgroupseattle.com
maridith@davislawgroupseattle.com
(**X**) Via U.S. Mail
( ) Via Facsimile
( ) Via Hand Delivery
(**X**) Via Email and/or ECF

**Attorney for Plaintiff:**
Morgan G. Adams, WSBA #51071
Seattle Truck Law, PLLC
222 Alaskan Way
Seattle, WA 98104
Phone: 206-456-2525
Email: Adams@seattletrucklaw.com
(**X**) Via U.S. Mail
( ) Via Facsimile
( ) Via Hand Delivery
(**X**) Via Email and/or ECF

**SIGNED** this 21st day of September, 2018, at Seattle, Washington.

*s/Rose Behbahani*
Rose Behbahani, Legal Secretary
behbahani@wscd.com
Phone: 206-623-4100



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273