HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS K. LOGG,<br><br>Plaintiff,<br><br>vs.<br><br>ABILENE MOTOR EXPRESS, INC., and DAVID W. BROOKS,<br><br>Defendants. | No. 18-cv-01398 TSZ<br><br>DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT<br><br>***(JURY DEMAND)*** |

Defendants Abilene Motor Express, Inc. ("Abilene") and David W. Brooks ("Mr. Brooks"), by and through counsel, hereby answer Plaintiff's Complaint. Defendants expressly deny any allegation contained in the Complaint unless specifically admitted in this Answer.

1. Admit on information and belief.

2. Admit Abilene is a Virginia corporation with its principal place of business in Virginia. Admit Abilene does business in Washington. Admit that at the time of the subject incident, Mr. Brooks was Abilene's employee and was acting within the course and scope of his employment with Abilene.



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

3. Admit Abilene was served through its registered agent. Deny all other allegations.

4. Admit.

5. Admit Mr. Brooks is a resident of Virginia. Deny all other allegations.

6. Admit Abilene is a commercial motor carrier organized under the laws of the state of Virginia and with its principal place of business in Virginia. Deny all other allegations.

7. This paragraph contains a legal conclusion to which no response is required. It also relates to an improper claim under Washington law. To the extent a response is required, this paragraph is presently denied. Defendants reserve the right to amend this pleading based on the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

8. Admit Abilene owned the tractor and trailer. Deny all other allegations.

9. Admit Mr. Brooks was Abilene's employee during all relevant times and that he was acting within the course and scope of his employment. Deny all other allegations.

10. Admit Mr. Brooks was Abilene's employee during all relevant times and that he was acting within the course and scope of his employment. The remainder of this paragraph contains legal conclusions to which no response is required and contains allegations relating to improper claims under Washington law. To the extent a response is required, the rest of the paragraph is denied.

11. Admit Mr. Brooks was Abilene's employee during all relevant times and that he was acting within the course and scope of his employment. The remainder of this



WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

paragraph contains legal conclusions to which no response is required. To the extent a response is required, the rest of the paragraph is denied.

## STATEMENT OF FACTS

12. This paragraph does not contain any factual averments to which a response is required. In the event a response is otherwise required, the paragraph is denied.

13. Admit.

14. Admit Mr. Brooks was stopped at the time of the subject incident. Deny all other allegations.

15. Admit Mr. Brooks was stopped at the time of the subject incident. Deny all other allegations.

16. This paragraph contains a legal conclusion to which no response is required. It also relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

17. This paragraph contains a legal conclusion to which no response is required. To the extent a response is required, Mr. Brooks admits he owed a duty of reasonable care under Washington law. Deny all other allegations.

18. Deny.

19. Admit Mr. Brooks was parked at the time of the incident. Deny all other allegations.

20. Deny for lack of present information.

21. Deny for lack of present information.



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

22. This paragraph contains a legal conclusion to which no response is required. To the extent a response is required, Mr. Brooks admits he owed a duty of reasonable care under Washington law. Deny all other allegations.

23. This paragraph contains a legal conclusion to which no response is required. To the extent a response is required, Mr. Brooks admits he owed a duty of reasonable care under Washington law. Deny all other allegations.

24. This paragraph contains a legal conclusion to which no response is required. It also relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

25. This paragraph contains a legal conclusion to which no response is required. It also relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

26. This paragraph contains a legal conclusion to which no response is required. It also relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

27. This paragraph contains a legal conclusion to which no response is required. It also relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

28. Admit Mr. Brooks was parked at the time of the incident. Deny all other allegations.

29. This paragraph relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

30. Deny for lack of information.

31. Admit Mr. Brooks' vehicle was parked at the time of the subject incident. Deny all other allegations.

32. This paragraph contains a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

33. Deny for lack of information.

34. This paragraph relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

35. This paragraph relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

36. This paragraph relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling



WILSON
SMITH
COCHRAN
DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

37. Admit on information and belief.

38. Admit Plaintiff rear-ended Mr. Brooks' vehicle. Deny all other allegations.

39. Deny.

40. Admit Plaintiff sustained injuries. Deny all other allegations.

**BACKGROUND AND GENERAL STATEMENT OF FACTS**

41. This paragraph does not contain any factual averments to which a response is required. In the event a response is otherwise required, the paragraph is denied.

42. This paragraph contains a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

43. This paragraph relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

44. This paragraph relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

45. This paragraph relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

46. This paragraph relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

47. This paragraph relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

48. This paragraph relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

49. Admit Plaintiff was acting within the course and scope of his employment at the time of the subject incident. The remainder of this paragraph relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

## COUNT I
## NEGLIGENCE OF ABILENE

50. This paragraph does not contain any factual averments to which a response is required. In the event a response is otherwise required, the paragraph is denied.

51. Admit Abilene is the registered owner of the vehicle and that Abilene's DOT number is 335555 and MC number is 194957. The remainder of this paragraph contains a



WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

legal conclusion to which no response is required. To the extent a response is required, the rest of the paragraph is denied.

52. This paragraph relates to an improper claim under Washington law. This paragraph also contains a legal conclusion to which no response is required. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

53. This paragraph relates to an improper claim under Washington law. This paragraph does not contain any factual averments to which a response is required and the paragraph is therefore denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

54. This paragraph relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

55. This paragraph relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

56. This paragraph relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.



WILSON
SMITH
COCHRAN
DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

57. This paragraph relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

58. This paragraph relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

59. This paragraph relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

60. This paragraph relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

61. Admit Plaintiff sustained injuries. Deny the remainder of this paragraph for lack of information.

62. This paragraph does not contain any factual averments to which a response is required and is therefore denied.

63. This paragraph relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

**COUNT II**
**NEGLIGENCE OF DAVID BROOKS**

64. This paragraph does not contain any factual averments to which a response is required and is therefore denied.

65. Deny.

66. Deny.

67. Deny for lack of information.

68. Deny for lack of information.

69. Deny for lack of information.

70. Admit that Mr. Brooks had permission from Abilene to drive the subject tractor and trailer. Deny all other allegations.

71. Admit that Mr. Brooks had permission from Abilene to drive the subject tractor and trailer. Deny all other allegations.

72. This paragraph does not contain any factual averments to which a response is required and is therefore denied.

73. This paragraph relates to an improper claim under Washington law. To the extent a response is required, the paragraph is presently denied, subject to the court's ruling on Defendants' motion for judgment on the pleadings relating to Plaintiff's improper allegations and causes of action.

74. Admit Abilene was the registered owner of the tractor and trailer. Admit that Mr. Brooks was acting within the course and scope of his employment with Abilene at the



WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

time of the incident. The remainder of this paragraph contains legal conclusions to which no response is required. To the extent a response is required, the remainder of the paragraph is denied.

75. Deny.

76. This paragraph does not contain any factual averments to which a response is required and is therefore denied.

77. This paragraph does not contain any factual averments to which a response is required and is therefore denied.

78. This paragraph does not contain any factual averments to which a response is required and is therefore denied.

79. This paragraph does not contain any factual averments to which a response is required and is therefore denied.

80. Deny.

81. Deny.

82. Deny.

83. This paragraph does not contain any factual averments to which a response is required and is therefore denied.

## DAMAGES

84. This paragraph does not contain any factual averments to which a response is required and is therefore denied.

85. Deny for lack of information.

86. Deny.



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## AFFIRMATIVE DEFENSES

**First Affirmative Defense:** If Defendants' representatives have made advance payment for Plaintiff's medical bills or property damage, they should be offset against any award.

**Second Affirmative Defense:** Plaintiff may have failed to mitigate his damages and to protect against avoidable consequences.

**Third Affirmative Defense:** Plaintiff was at fault for the subject incident, and, consequently, Plaintiff's damages, if any, should be reduced in proportion to his own comparative fault.

**Fourth Affirmative Defense:** Defendants are not liable for the subject incident under the following vehicle doctrine.

**Fifth Affirmative Defense:** Plaintiff may have failed to state claims upon which relief can be granted, including but not limited claims and allegations regarding improper claims against Abilene Motor Express under Washington law.

**Sixth Affirmative Defense:** To the extent that third parties over whom Defendants had no control caused or contributed to the accident or Plaintiff's damages, any damage awardable against Defendants must be reduced by the proportion of those parties comparative fault.

**Reservation:** Defendants reserve the right to amend their answer to assert additional affirmative defenses upon learning sufficient facts to form a good faith basis for the defense.

WHEREFORE, Defendants pray for judgment:

1. Dismissing Plaintiff's complaint with prejudice and with costs;
2. For Defendants' attorney fees and costs incurred herein;



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

3. For an offset for advance payments if applicable;

4. Apportioning any damages according to the proportionate fault of all persons or entities or non-parties, pursuant to RCW 4.22 et seq.; and

5. For such further relief as the court deems just and equitable.

**JURY DEMAND**

Defendants demand a trial by jury on all issues so triable.

DATED: October 1st, 2018.

WILSON SMITH COCHRAN DICKERSON

*s/ Dylan E. Jackson*

Dylan E. Jackson, WSBA No. 29220
Jeff M. Sbaih, WSBA No. 51551
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
(206) 623-4100 telephone
(206) 623-9273 facsimile
jackson@wscd.com / sbaih@wscd.com
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served the foregoing document on:

**Attorney for Plaintiff**
Christopher M. Davis
Maridith E. Ramsey
Davis Law Group, P.S.
2101 Fourth Avenue, Suite 1030
Seattle, WA 98121-2328
( ) Via U.S. Mail
( ) Via Facsimile
( ) Via Hand Delivery
(X) Via CM/ECF

**Attorney for Plaintiff**
Morgan G. Adams
Seattle Truck Law, PLLC
1419 Market Street
Chattanooga, TN 37402
( ) Via U.S. Mail
( ) Via Facsimile
( ) Via Hand Delivery
(X) Via CM/ECF

**SIGNED** this 1st day of October, 2018, at Seattle, Washington.

*s/ Jennifer Hickman*
Jennifer Hickman



WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273