HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TRAVIS K. LOGG,<br><br>Plaintiff,<br><br>vs.<br><br>ABILENE MOTOR EXPRESS, INC., and DAVID W. BROOKS,<br><br>Defendants. | No. 18-cv01398 TSZ<br><br>PROPOSED<br>ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS |

This matter comes before the court on *Defendants' Motion for Judgment on the Pleadings*. The court has reviewed the following submissions related to this Motion:

(1) Defendants' Motion for Judgment on the Pleadings;

(2) Declaration of Jeff Sbaih in support of Defendants' Motion for Judgment on the Pleadings and its Exhibits;

(3) ______________________________________________

(4) ______________________________________________

(5) ______________________________________________

(6) ______________________________________________



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Having considered the foregoing, the Court hereby GRANTS the Defendants' Motion and dismisses Plaintiff's claims for negligent hiring, training, entrustment, supervision, retention, and dispatching claims (Count 1, paragraphs 50 to 63 of Plaintiff's Complaint).

DATED: this _____ day of _______________, 2018.

_________________________________
HONORABLE THOMAS S. ZILLY

Presented by:

*s/ Jeff M. Sbaih*

Dylan E. Jackson, WSBA #29220
Jeff M. Sbaih, WSBA #31260
WILSON SMITH COCHRAN DICKERSON
901 5th Avenue, Suite 1700
Seattle, WA 98164
206-623-4100 – Telephone
206-623-9273– Fax
Email: jackson@wscd.com; sbaih@wscd.com
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served the foregoing document on:

**Attorney for Plaintiff**
Christopher M. Davis
Maridith E. Ramsey
Davis Law Group, P.S.
2101 Fourth Avenue, Suite 1030
Seattle, WA 98121-2328
( ) Via U.S. Mail
( ) Via Facsimile
( ) Via Hand Delivery
(X) Via CM/ECF

**Attorney for Plaintiff**
Morgan G. Adams
Seattle Truck Law, PLLC
1419 Market Street
Chattanooga, TN 37402
( ) Via U.S. Mail
( ) Via Facsimile
( ) Via Hand Delivery
(X) Via CM/ECF

**SIGNED** this 4th day of October, 2018, at Seattle, Washington.

*s/Rose Behbahani*
Rose Behbahani, Legal Secretary
behbahani@wscd.com
Phone: 206-623-4100