HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TRAVIS K. LOGG,<br><br>Plaintiff,<br><br>vs.<br><br>ABILENE MOTOR EXPRESS, INC., and DAVID W. BROOKS,<br><br>Defendants. | No. 18-cv01398 TSZ<br><br>DECLARATION OF JEFF SBAIH IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS |

I, JEFF M. SBAIH, declare as follows:

1. I am over the age of twenty-one (21) years, of sound mind, and legally competent to testify to the matters contained herein.

2. Attached is a true and correct copy of the "short form" police report containing the police accident diagram referenced in *Defendants' Motion for Judgment on the Pleadings*.

3. I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED: October 4, 2018.

*s/ Jeff M. Sbaih*
Jeff M. Sbaih, WSBA No. 51551



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## CERTIFICATE OF SERVICE

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served the foregoing document on:

**Attorney for Plaintiff**
Christopher M. Davis
Maridith E. Ramsey
Davis Law Group, P.S.
2101 Fourth Avenue, Suite 1030
Seattle, WA 98121-2328
( ) Via U.S. Mail
( ) Via Facsimile
( ) Via Hand Delivery
(X) Via CM/ECF

**Attorney for Plaintiff**
Morgan G. Adams
Seattle Truck Law, PLLC
1419 Market Street
Chattanooga, TN 37402
( ) Via U.S. Mail
( ) Via Facsimile
( ) Via Hand Delivery
(X) Via CM/ECF

**SIGNED** this 4th day of October, 2018, at Seattle, Washington.

*s/ Rose Behbahani*
Rose Behbahani, Legal Secretary
behbahani@wscd.com
Phone: 206-623-4100



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

**STATE OF WASHINGTON POLICE TRAFFIC COLLISION REPORT**

1591971

REPORT NO. **E467441**

| | |
|---|---|
| INTERSTATE | ✓ |
| CITY STREET | |
| STATE ROUTE | |
| OTHER | |
| COUNTY RD | |
| PRIVATE WAY | |
| FIRE RESULTED | |
| STOLEN VEHICLE | |
| HIT & RUN INVOLVED | |
| TRIBAL RESERVATION | |
| CASE # | 15-019606 |
| LOCAL AGENCY CODING | 025922 |
| TOTAL # OF UNITS | 3 |
| OBJECT STRUCK | EXIT SIGN |

Margin codes: 1: 1 · 2: 1 · 3: 6 · right: 1: 2 3 (27) · 2: 5 1 · 1: 1 5 (28)

| DATE OF COLLISION (MM-DD-YYYY) | TIME (2400) | COUNTY # | MILES | N/S E/W | IN/OF | CITY # |
|---|---|---|---|---|---|---|
| 9 - 30 - 2015 | 0420 | 17 | | | IN ✓ | 0875 |

ON (PRIMARY TRAFFIC WAY): WESTBOUND I-90 — INTERSECTION ☐ NON-INTERSECTION ✓

BLOCK NO. ☐ MILE POST ✓ 34.00 — (29) 0 1

DISTANCE: 0.10 MILES ✓ FEET ☐ — N ☐ S ☐ E ✓ W ☐ — OF (REFERENCE OR CROSS STREET): MILEPOST 34

## UNIT 01

MOTOR VEHICLE ✓ PEDALCYCLE ☐ — DAMAGE THRESHOLD MET YES ✓ NO ☐ — PHONE (509) 707-9004 — (30) 2 1

| | |
|---|---|
| LAST NAME | LOGG |
| FIRST NAME | TRAVIS |
| MIDDLE INITIAL | K |
| STREET / NEW ADDRESS | [redacted] |
| CITY | [redacted] |
| ST | [redacted] |
| ZIP | [redacted] |
| CDL | |
| RESTRICTIONS | |
| ENDORSEMENTS | |
| DRIVER'S LICENSE # | [redacted] |
| STATE | WA |
| SEX | [redacted] |
| D.O.B. MMDDYYYY | [redacted] |
| ON DUTY | ☐ |
| STATUS | |
| AIRBAG | 3 |
| RESTR. | 4 |
| EJECT | 1 |
| HELMET USE | 2 |
| INJURY CLASS | 5 |
| NATURE OF INJURIES | BROKEN LEG/RIBS |
| LICENSE PLATE # | B87918W |
| STATE | WA |
| VIN# | 1XP5DB9X2YD539003 |
| TRAILER PLATE # | 1376TK |
| STATE | WA |
| TRAILER PLATE # | |
| STATE | |
| VEH. YEAR | 2000 |
| MAKE | PETE |
| MODEL | TRACTOR |
| STYLE | DS |
| VEHICLE TOWED | YES ✓ NO ☐ |
| TOWED BY | QUALITY TOWING |
| GOVT. VEHICLE | YES ☐ NO ✓ |
| REGISTERED OWNER INFO. | INC., DOVE TRUCKING PHONE #: (509) 707-9004 |
| LIABILITY INSURANCE IN EFFECT | ✓ |
| INSURANCE CO & POLICY # | WESTERN NATIONAL MUTUAL CPP1121844 |
| VEHICLE LEGALLY STANDING | YES ☐ NO ☐ |
| CITATION # | 5Z1013870 |
| CHARGE | NEGLIGENT DRIVING 2ND DEGREE |

VEHICLE NO. 1 — SHADE IN DAMAGED AREA



Margin codes: 6: 1 · 9: 9 · 13: 6 · 15: 2 · right: 1: 1 2 (31) · (33) FROM 3 TO 7 · (35) 4 · (36) 4

## UNIT 02

MOTOR VEHICLE ✓ PEDALCYCLE ☐ PEDESTRIAN ☐ PROPERTY OWNER ☐ — DAMAGE THRESHOLD MET YES ✓ NO ☐ — PHONE (434) 209-3891

| | |
|---|---|
| LAST NAME | BROOKS |
| FIRST NAME | DAVID |
| MIDDLE INITIAL | W |
| STREET / NEW ADDRESS | [redacted] |
| CITY | [redacted] |
| ST | [redacted] |
| ZIP | [redacted] |
| CDL | |
| RESTRICTIONS | |
| ENDORSEMENTS | |
| DRIVER'S LICENSE # | [redacted] |
| STATE | VA |
| SEX | [redacted] |
| D.O.B. MMDDYYYY | [redacted] |
| ON DUTY | ☐ |
| STATUS | |
| AIRBAG | 2 |
| RESTR. | 1 |
| EJECT | 1 |
| HELMET USE | 2 |
| INJURY CLASS | 7 |
| NATURE OF INJURIES | SORE NECK/BACK/WRIST |
| LICENSE PLATE # | 2WL888 |
| STATE | OK |
| VIN# | 1FUJGLD57GLGS8813 |
| TRAILER PLATE # | 4802KB |
| STATE | OK |
| TRAILER PLATE # | |
| STATE | |
| VEH. YEAR | 2016 |
| MAKE | FRET |
| MODEL | TRACTOR |
| STYLE | DS |
| VEHICLE TOWED | YES ✓ NO ☐ |
| TOWED BY | QUALITY TOWING |
| GOVT. VEHICLE | YES ☐ NO ✓ |
| REGISTERED OWNER INFO. | EXPRESS INC., ABILENE MOTOR PHONE #: (804) 275-0224 |
| LIABILITY INSURANCE IN EFFECT | ✓ |
| INSURANCE CO & POLICY # | NATIONAL INTERSTATE INS. CO ABL8199900-00 |
| VEHICLE LEGALLY STANDING | YES ☐ NO ☐ |
| CITATION # | |
| CHARGE | |

VEHICLE NO. 2 — SHADE IN DAMAGED AREA



Margin codes: 17: 2 · 18: 2 · right: (41) 1 · (42) 1

| OFFICER'S NAME (PRINT) | BADGE OR ID # | AGENCY |
|---|---|---|
| CHASE, BRIAN | 982 | WASHINGTON STATE PATROL |



**PART A** 3000-345-159 R (7/06)

STATE OF WASHINGTON
**POLICE TRAFFIC COLLISION REPORT**

1591972

CORRECTION

REPORT NO. **E467441**

CASE # 15-019606

## ADDITIONAL PERSONS INVOLVED (PASSENGERS AND/OR WITNESSES ONLY)

NAME (LAST, FIRST, MIDDLE INITIAL)

ADDRESS & PHONE # | SEX | D.O.B. MMDDYYYY | - | -

PASSENGER ☐ WITNESS ☐ | UNIT # | SEAT POS. | AIRBAG | RESTR. | EJECT | HELMET USE | INJURY CLASS | NATURE OF INJURIES

NAME (LAST, FIRST, MIDDLE INITIAL)

ADDRESS & PHONE # | SEX | D.O.B. MMDDYYYY | - | -

PASSENGER ☐ WITNESS ☐ | UNIT # | SEAT POS. | AIRBAG | RESTR. | EJECT | HELMET USE | INJURY CLASS | NATURE OF INJURIES

NAME (LAST, FIRST, MIDDLE INITIAL)

ADDRESS & PHONE # | SEX | D.O.B. MMDDYYYY | - | -

PASSENGER ☐ WITNESS ☐ | UNIT # | SEAT POS. | AIRBAG | RESTR. | EJECT | HELMET USE | INJURY CLASS | NATURE OF INJURIES

## DIAGRAM

INDICATE NORTH BY ARROW

Please see subsequent diagram page

## NARRATIVE

Please see subsequent narrative page(s)

I CERTIFY (DECLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT. (RCW 9A.72.085)

| INVESTIGATING OFFICER'S SIGNATURE | UNIT OR DIST. DET | DATED | PLACE SIGNED |
|---|---|---|---|
| BRIAN CHASE | | 10/3/2015 | |

| APPROVED BY | DATE |
|---|---|
| Cozzitorto, Peter A 145 | |

| BADGE OR ID # | ORI # | TIME POLICE DISPATCHED | TIME POLICE ARRIVED |
|---|---|---|---|
| 982 | WAWSP0218 | 4:22 AM | 4:35 AM |

**PART B** 3000-345-160 R (7/06)

# SUPPLEMENTAL POLICE TRAFFIC COLLISION REPORT

013197

REPORT NO. E467441

CASE # 15-019606

## COMMERCIAL MOTOR CARRIER

INTERSTATE ✓ INTRASTATE ☐

| | | | | | |
|---|---|---|---|---|---|
| UNIT # 1 | USDOT 1166236 | ICC # 61083 | VEHICLE TYPE 6 | CARGO BODY TYPE 2 | |
| CARRIER NAME | DOVE TRUCKING INC. | | | | |
| CARRIER ADDRESS | 112 W WALNUT ST | | | | |
| CITY | COULEE CITY | ST WA | ZIP 99115 | | |
| NAME SOURCE 1 | # AXLES 7 | GVWR 105500 | PLACARD ☐ | + | NAME IF NO NUMBER |

## ADDITIONAL UNITS

| | | | | | |
|---|---|---|---|---|---|
| UNIT # 3 | MOTOR VEHICLE ✓ | PEDAL-CYCLE ☐ | PEDESTRIAN ☐ | PROPERTY OWNER ☐ | DAMAGE THRESHOLD MET YES ✓ NO ☐ — PHONE (754) 301-1478 |
| LAST NAME GOMEZ | FIRST NAME LEONARDO | MIDDLE INITIAL J | | | |
| STREET / NEW ADDRESS ☐ [redacted] | | | | | |
| CITY [redacted] | ST [redacted] | ZIP [redacted] | | | |
| CDL A | RESTRICTIONS | ENDORSEMENTS | | | |
| DRIVER'S LICENSE # [redacted] | STATE FL | SEX [redacted] | D.O.B. MMDDYYYY [redacted] | | |
| ON DUTY ☐ | STATUS | AIRBAG 2 | RESTR. 1 | EJECT 1 | HELMET USE 2 — INJURY CLASS 7 — NATURE OF INJURIES SORE NECK/BACK |
| LICENSE PLATE # RB27075 | STATE MI | VIN# 1XKYD49X6GJ102801 | | | |
| TRAILER PLATE # 3410LI | STATE OK | TRAILER PLATE # | STATE | | |
| VEH. YEAR 2016 | MAKE KEN | MODEL TT | STYLE DS | VEHICLE TOWED YES ☐ NO ✓ | TOWED BY — GOVT. VEHICLE YES ☐ NO ✓ |
| REGISTERED OWNER INFO. INC., 2 SG PHONE #: (754) 301-1478 | | | | | |
| LIABILITY INSURANCE IN EFFECT ✓ | INSURANCE CO & POLICY # TRI COUNTY INS. AGENCY 70TRS038675 | | | | |
| VEHICLE LEGALLY STANDING YES ☐ NO ☐ | CITATION # | CHARGE | | | |

SHADE IN DAMAGED AREA: 1 2 3 4 5 6 7 8 9 TOP 10 BOTTOM

| | | | | | |
|---|---|---|---|---|---|
| UNIT # | MOTOR VEHICLE ☐ | PEDAL-CYCLE ☐ | PEDESTRIAN ☐ | PROPERTY OWNER ☐ | DAMAGE THRESHOLD MET YES ☐ NO ☐ — PHONE |
| LAST NAME | FIRST NAME | MIDDLE INITIAL | | | |
| STREET / NEW ADDRESS ☐ | | | | | |
| CITY | ST | ZIP | | | |
| CDL | RESTRICTIONS | ENDORSEMENTS | | | |
| DRIVER'S LICENSE # | STATE | SEX | D.O.B. MMDDYYYY - - | | |
| ON DUTY ☐ | STATUS | AIRBAG | RESTR. | EJECT | HELMET USE — INJURY CLASS — NATURE OF INJURIES |
| LICENSE PLATE # | STATE | VIN# | | | |
| TRAILER PLATE # | STATE | TRAILER PLATE # | STATE | | |
| VEH. YEAR | MAKE | MODEL | STYLE | VEHICLE TOWED YES ☐ NO ☐ | TOWED BY — GOVT. VEHICLE YES ☐ NO ☐ |
| REGISTERED OWNER INFO. | | | | | |
| LIABILITY INSURANCE IN EFFECT ☐ | INSURANCE CO & POLICY # | | | | |
| VEHICLE LEGALLY STANDING YES ☐ NO ☐ | CITATION # | CHARGE | | | |

SHADE IN DAMAGED AREA: 1 2 3 4 5 6 7 8 9 TOP 10 BOTTOM

Left margin codes: 1: 1; 2: 1; 3: 6; 4; 4a; 5; 6: 1; 7; 8; 9; 10; 11; 12; 13; 14; 15; 16; 17: 2; 18; 19; 20; 21; 22; 23; 24; 25; 26

Right margin codes: 27: 1 8; 28; 29: 2 1; 30; 31; 32; 33 (FROM TO); 34 (FROM TO); 35: 4; 36; 37; 38; 39; 40; 41: 1; 42

I CERTIFY (DECLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT. (RCW 9A.72.085)

| | | | |
|---|---|---|---|
| BRIAN CHASE | | 10/3/2015 | |
| INVESTIGATING OFFICER'S SIGNATURE | UNIT OR DIST DET | DATED: | PLACE SIGNED |

| | | | | |
|---|---|---|---|---|
| BADGE OR ID # 982 | ORI # WAWSP0218 | APPROVED BY Cozzitorto | DATE | PAGE 3 OF 7 |

# SUPPLEMENTAL POLICE TRAFFIC COLLISION REPORT

013197

**REPORT NO.** E467441

**CASE #** 15-019606

## COMMERCIAL MOTOR CARRIER

INTERSTATE ✓ INTRASTATE ☐

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNIT # | 2 | USDOT | 335555 | ICC # | 8813 | VEHICLE TYPE | 6 |
| CARGO BODY TYPE | 2 | | | | | | |
| CARRIER NAME | ABILENE MOTOR EXPRESS INC | | | | | | |
| CARRIER ADDRESS | 1022 W RENO | | | | | | |
| CITY | OKLAHOMA CITY | ST | OK | ZIP | 73127 | | |
| NAME SOURCE | 1 | # AXLES | 5 | GVWR | 80000 | PLACARD | ☐ |

+ ☐ NAME IF NO NUMBER

## ADDITIONAL UNITS

UNIT # ___ MOTOR VEHICLE ☐ PEDAL-CYCLE ☐ PEDESTRIAN ☐ PROPERTY OWNER ☐ DAMAGE THRESHOLD MET YES ☐ NO ☐ PHONE

LAST NAME ___ FIRST NAME ___ MIDDLE INITIAL ___

STREET NEW ADDRESS ☐

CITY ___ ST ___ ZIP ___

CDL ___ RESTRICTIONS ___ ENDORSEMENTS ___

DRIVER'S LICENSE # ___ STATE ___ SEX ___ D.O.B. MMDDYYYY ___ - ___ - ___

ON DUTY ☐ STATUS ___ AIRBAG ___ RESTR. ___ EJECT ___ HELMET USE ___ INJURY CLASS ___ NATURE OF INJURIES

LICENSE PLATE # ___ STATE ___ VIN# ___

TRAILER PLATE # ___ STATE ___ TRAILER PLATE # ___ STATE ___

VEH. YEAR ___ MAKE ___ MODEL ___ STYLE ___ VEHICLE TOWED YES ☐ NO ☐ TOWED BY ___ GOVT. VEHICLE YES ☐ NO ☐

REGISTERED OWNER INFO.

LIABILITY INSURANCE IN EFFECT ☐ INSURANCE CO & POLICY #

VEHICLE LEGALLY STANDING YES ☐ NO ☐ CITATION # ___ CHARGE ___

SHADE IN DAMAGED AREA




UNIT # ___ MOTOR VEHICLE ☐ PEDAL-CYCLE ☐ PEDESTRIAN ☐ PROPERTY OWNER ☐ DAMAGE THRESHOLD MET YES ☐ NO ☐ PHONE

LAST NAME ___ FIRST NAME ___ MIDDLE INITIAL ___

STREET NEW ADDRESS ☐

CITY ___ ST ___ ZIP ___

CDL ___ RESTRICTIONS ___ ENDORSEMENTS ___

DRIVER'S LICENSE # ___ STATE ___ SEX ___ D.O.B. MMDDYYYY ___ - ___ - ___

ON DUTY ☐ STATUS ___ AIRBAG ___ RESTR. ___ EJECT ___ HELMET USE ___ INJURY CLASS ___ NATURE OF INJURIES

LICENSE PLATE # ___ STATE ___ VIN# ___

TRAILER PLATE # ___ STATE ___ TRAILER PLATE # ___ STATE ___

VEH. YEAR ___ MAKE ___ MODEL ___ STYLE ___ VEHICLE TOWED YES ☐ NO ☐ TOWED BY ___ GOVT. VEHICLE YES ☐ NO ☐

REGISTERED OWNER INFO.

LIABILITY INSURANCE IN EFFECT ☐ INSURANCE CO & POLICY #

VEHICLE LEGALLY STANDING YES ☐ NO ☐ CITATION # ___ CHARGE ___

SHADE IN DAMAGED AREA




Left margin codes: 1: 1; 2: 1; 3: 6; 4; 4a; 5; 6: 1; 7; 8; 9; 10; 11; 12; 13; 14; 15; 16; 17; 18; 19; 20; 21; 22; 23; 24; 25; 26

Right margin codes: 27 (1, 2, 3); 28 (1, 2, 3); 29; 30; 31 (1, 2, 3); 32 (1, 2, 3); 33 (FROM, TO); 34 (FROM, TO); 35; 36; 37; 38; 39; 40; 41; 42

I CERTIFY (DECLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT. (RCW 9A.72.085)

BRIAN CHASE — INVESTIGATING OFFICER'S SIGNATURE | UNIT OR DIST DET | 10/3/2015 — DATED: | PLACE SIGNED

BADGE OR ID # 982 | ORI # WAWSP0218 | APPROVED BY Cozzitorto | DATE | **PAGE** 4 **OF** 7

# SUPPLEMENTAL POLICE TRAFFIC COLLISION REPORT

013197

REPORT NO. E467441

CASE # 15-019606

## COMMERCIAL MOTOR CARRIER

INTERSTATE ✓ INTRASTATE ☐

| UNIT # | 3 | USDOT | | ICC # | | VEHICLE TYPE | 6 | CARGO BODY TYPE | 2 |
|---|---|---|---|---|---|---|---|---|---|

CARRIER NAME: 2 S G INC

CARRIER ADDRESS: 46515 WOODSIDE DR

CITY: CANTON ST: MI ZIP: 98187

NAME SOURCE: 2 # AXLES: 6 GVWR: 80000 PLACARD: ☐ + NAME IF NO NUMBER:

## ADDITIONAL UNITS

UNIT # ___ MOTOR VEHICLE ☐ PEDAL-CYCLE ☐ PEDESTRIAN ☐ PROPERTY OWNER ☐ DAMAGE THRESHOLD MET YES ☐ NO ☐ PHONE

LAST NAME ___ FIRST NAME ___ MIDDLE INITIAL ___

STREET NEW ADDRESS ☐

CITY ___ ST ___ ZIP ___

CDL ___ RESTRICTIONS ___ ENDORSEMENTS ___

DRIVER'S LICENSE # ___ STATE ___ SEX ___ D.O.B. MMDDYYYY ___ - ___ - ___

ON DUTY ☐ STATUS ___ AIRBAG ___ RESTR. ___ EJECT ___ HELMET USE ___ INJURY CLASS ___ NATURE OF INJURIES ___

LICENSE PLATE # ___ STATE ___ VIN# ___

TRAILER PLATE # ___ STATE ___ TRAILER PLATE # ___ STATE ___

VEH. YEAR ___ MAKE ___ MODEL ___ STYLE ___ VEHICLE TOWED YES ☐ NO ☐ TOWED BY ___ GOVT. VEHICLE YES ☐ NO ☐

REGISTERED OWNER INFO.

LIABILITY INSURANCE IN EFFECT ☐ INSURANCE CO & POLICY #

VEHICLE LEGALLY STANDING YES ☐ NO ☐ CITATION # ___ CHARGE ___

SHADE IN DAMAGED AREA: 2 3 4 / 1 9 TOP 10 BOTTOM 5 / 8 7 6

UNIT # ___ MOTOR VEHICLE ☐ PEDAL-CYCLE ☐ PEDESTRIAN ☐ PROPERTY OWNER ☐ DAMAGE THRESHOLD MET YES ☐ NO ☐ PHONE

LAST NAME ___ FIRST NAME ___ MIDDLE INITIAL ___

STREET NEW ADDRESS ☐

CITY ___ ST ___ ZIP ___

CDL ___ RESTRICTIONS ___ ENDORSEMENTS ___

DRIVER'S LICENSE # ___ STATE ___ SEX ___ D.O.B. MMDDYYYY ___ - ___ - ___

ON DUTY ☐ STATUS ___ AIRBAG ___ RESTR. ___ EJECT ___ HELMET USE ___ INJURY CLASS ___ NATURE OF INJURIES ___

LICENSE PLATE # ___ STATE ___ VIN# ___

TRAILER PLATE # ___ STATE ___ TRAILER PLATE # ___ STATE ___

VEH. YEAR ___ MAKE ___ MODEL ___ STYLE ___ VEHICLE TOWED YES ☐ NO ☐ TOWED BY ___ GOVT. VEHICLE YES ☐ NO ☐

REGISTERED OWNER INFO.

LIABILITY INSURANCE IN EFFECT ☐ INSURANCE CO & POLICY #

VEHICLE LEGALLY STANDING YES ☐ NO ☐ CITATION # ___ CHARGE ___

SHADE IN DAMAGED AREA: 2 3 4 / 1 9 TOP 10 BOTTOM 5 / 8 7 6

Margin coding boxes: 1: 1; 2: 1; 3: 6; 4; 4a; 5; 6: 1; 7–26 (blank); 27–42 (blank)

I CERTIFY (DECLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT. (RCW 9A.72.085)

| BRIAN CHASE | | 10/3/2015 | |
|---|---|---|---|
| INVESTIGATING OFFICER'S SIGNATURE | UNIT OR DIST DET | DATED: | PLACE SIGNED |

| BADGE OR ID # | 982 | ORI # | WAWSP0218 | APPROVED BY Cozzitorto | DATE | PAGE 5 OF 7 |
|---|---|---|---|---|---|---|

3000-345-013 R (7/06)

## Narrative

/ehicles two and three were parked on the left shoulder of the exit ramp from westbound I-90 to exit 34. Vehicle one was traveling westbound on I-90 approaching exit 34. Vehicle one cut across the gore point to take exit 34 when it struck the rear passenger's side of vehicle two's trailer. Vehicle two jack-knifed and struck the rear of vehicle three.

/ehicle one's cab flipped on it's side.

Photos were taken at the scene of the collision.

**Report Number:** E467441

