UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVIS K. LOGG,

    Plaintiff,

v.

ABILENE MOTOR EXPRESS, INC., and DAVID W. BROOKS,

    Defendants.

C18-1398 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' Motion for Judgment on the Pleadings, docket no. 6, is GRANTED.[1] Defendant Abilene Motor Express, Inc. ("Abilene") has admitted that Defendant Brooks was employed by Abilene and was acting within the course and scope of his employment at the time of the incident giving rise to this litigation. *See* Answer, docket no. 5, ¶ 2. Under Washington law, "an injured party generally cannot assert claims for negligent hiring, retention, supervisions or training of an employee when the employer is vicariously liable for the employee's conduct." *Evans v. Tacoma Sch. Dist. No. 10*, 195 Wn. App. 25, 47 (2016) (citing *LaPlant v. Snohomish County*, 162 Wn. App. 476, 479-80 (2011)). Plaintiff has failed to point to any authority indicating this principle is not settled law. Plaintiff's Count I for negligence against Abilene, Complaint, docket no. 1-1, ¶¶ 50-63, is DISMISSED WITH PREJUDICE.

---

[1] Although styled as a motion for judgment, the motion seeks only partial judgment and dismissal of the first of two claims.

MINUTE ORDER - 1

1  (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

2

3 Dated this 13th day of November, 2018.

4                                           William M. McCool
                                            Clerk

5
                                            s/Karen Dews
6                                           Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2