1

2

3

4

5                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
6                              AT SEATTLE

7    TRAVIS K. LOGG,

8                         Plaintiff,

9             v.                                    C18-1398 TSZ

10   ABILENE MOTOR EXPRESS, INC.,                   MINUTE ORDER
     et al.,
11
                          Defendants.
12

13          The following Minute Order is made by direction of the Court, the Honorable
     Thomas S. Zilly, United States District Judge:
14
            (1)     Defendants' unopposed Motion for Trial Continuance, docket no. 15, is
15   DENIED.  At this time, Defendants' motion does not present sufficient good cause to
     continue the trial date for six months.  The Court sua sponte extends the deadline for
16   disclosure of expert testimony under FRCP 26(a)(2) to November 15, 2019.

17          (2)     Except as amended by this Minute Order, all other deadlines remain
     unchanged.
18
            (3)     The Clerk is directed to send a copy of this Minute Order to all counsel of
19   record.

20          Dated this 7th day of August, 2019.

21                                                  William M. McCool
                                                    Clerk
22
                                                    s/Karen Dews
23                                                  Deputy Clerk

MINUTE ORDER - 1