HONORABLE THOMAS S. ZILLY
Trial Date: April 20, 2020

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS K. LOGG,<br><br>Plaintiff,<br><br>vs.<br><br>ABILENE MOTOR EXPRESS, INC., and DAVID W. BROOKS,<br><br>Defendants. | No. 18-cv01398 TSZ<br><br>STIPULATED MOTION AND ORDER TO EXTEND CERTAIN EXPERT DISCOVERY DEADLINES |

## **STIPULATION**

The parties, by and through counsel, stipulate to and move for an Order extending the timelines to disclose expert opinions of liability expert witnesses. The parties are aware of and have complied with *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607-08 (9th Cir. 1992) and state that they have used due diligence and believe that there is good cause to grant the brief extension requested as set forth below:

Both parties represent that they have been diligently working to obtain all necessary depositions and that a multiple depositions have been taken. Despite the parties' efforts two (2) of the depositions will be unable to be taken required to meet the scheduling deadlines despite

STIPULATED MOTION AND ORDER TO EXTEND CERTAIN EXPERT DISCOVERY DEADLINES (Cause No. 18-cv01398 TSZ) – 1
js/JS6317.103/3397537x



901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

the parties' diligence.  The current deadline to disclose all expert opinions is November 15, 2019, with rebuttal reports due 30 days later. However, the parties need to complete the Rule 30(b)(6) deposition of Defendant Abilene Motor Express, Inc. and the deposition of Defendant David Brooks before disclosing liability expert reports and opinions, both of which were previously scheduled and are now scheduled to take place in Richmond, Virginia on December 5, 2019. The parties have agreed on the topics, location, and deponents. Despite best efforts, given personal issues of the deponents, the deponents were not available on earlier dates.

Granting a brief extension will avoid the need for supplemental reports being produced just before rebuttal reports are produced based on the testimony from those depositions. It will also avoid the need for supplemental rebuttal reports.

To avoid discovery disputes and promote efficiency, the parties propose amending the deadlines to disclose <u>liability</u> experts ONLY as follows (1) extending the initial expert disclosure deadline from November 15, 2019 to December 13, 2019 (10 days after the two depositions to allow the court reporter time to prepare the depositions and liability experts time to review the deposition transcripts) and (2) extending the rebuttal expert disclosure deadline from December 15, 2019 to December 20, 2019 (5 additional days). The parties are not requesting a change to any other expert witness deadlines, like medical experts or damages experts.

The parties have also agreed to disclose the identity, CVs, past testimony list, and publication lists of all their retained experts, including liability experts, on November 15, 2019, but wait until December 13, 2019, to disclose the liability expert opinions as outlined above. Moreover, this requested extension will not affect the other case deadlines or require an extension to the discovery deadlines or trial date.

STIPULATED MOTION AND ORDER TO
EXTEND CERTAIN EXPERT DISCOVERY
DEADLINES (Cause No. 18-cv01398 TSZ) – 2
js/JS6317.103/3397537x

WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED: November 8, 2019.

| Attorney for Plaintiff:<br><br>s/ *Morgan G. Adams* (approved for e-signature)<br>Morgan G. Adams, WSBA No. 51071<br>Seattle Truck Law, PLLC<br>222 Alaskan Way<br>Seattle, WA 98104<br>Phone: 206-456-2525<br>Email: Adams@truckwreckjustice.com | Attorney for Plaintiff:<br><br>s/ *Christopher M. Davis* (approved for e-signature)<br>Christopher M. Davis, WSBA No. 23234<br>Davis Law Group, P.S.<br>2101 Fourth Avenue, Suite 1030<br>Seattle, WA 98121-2328<br>Phone: 206-727-4000 ext. 101<br>Email: chris@davislawgroupseattle.com |
|---|---|
| Attorneys for Defendants:<br><br>s/ *Jeff Sbaih*<br>Dylan E. Jackson, WSBA No. 29220<br>Jeff M. Sbaih, WSBA No. 51551<br>Wilson Smith Cochran Dickerson<br>901 Fifth Ave Suite 1700<br>Seattle, WA 98164<br>Phone: 206-623-4100<br>Email: jackson@wscd.com;<br>sbaih@wscd.com | Attorneys for Defendants:<br><br>s/ *Suzanne Pierce* (approved for e-signature)<br>Suzanne Pierce, WSBA No. 22733<br>John Moore, WSBA No. 45558<br>Matthew Ishihara, WSBA No. 54333<br>Davis Rothwell Earle & Xochihua<br>520 Pike Street, Ste. 2500<br>Seattle, WA 98101-4083<br>Phone: 206-622-2295<br>Email: spierce@davisrothwell.com;<br>jmoore@davisrothwell.com;<br>mishihara@davisrothwell.com |

STIPULATED MOTION AND ORDER TO EXTEND CERTAIN EXPERT DISCOVERY DEADLINES (Cause No. 18-cv01398 TSZ) – 3
js/JS6317.103/3397537x

 WILSON SMITH COCHRAN DICKERSON

901 F&#124;FTH A&#124;VENUE, S&#124;UITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## **ORDER**

IT IS HEREBY ORDERED:

1. The parties' stipulated motion, docket no. 21, is GRANTED.
2. The initial expert disclosure deadline is hereby extended from November 15, 2019 to December 13, 2019.
3. The parties shall disclose the identity, CVs, past testimony list, and publication lists of all their retained experts, including liability experts, on November 15, 2019.
4. The rebuttal expert disclosure deadline is hereby extended from December 15, 2019 to December 20, 2019.
5. No other case deadlines are affected by this Order.

DATED this 15th day of November, 2019.

Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND CERTAIN EXPERT DISCOVERY DEADLINES (Cause No. 18-cv01398 TSZ) – 4
js/JS6317.103/3397537x



WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273