UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVIS K. LOGG,

        Plaintiff,

  v.

ABILENE MOTOR EXPRESS, INC., and DAVID W. BROOKS,

        Defendants.

C18-1398 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion out of time to enlarge time, docket no. 28, is GRANTED.

(2) Defendants shall have the right to depose Dr. Seroussi on or before February 28, 2020, at a mutually agreed time.

(3) Defendants' motion for summary judgment, docket no. 26, is RENOTED to March 13, 2020.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of February, 2020.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk

MINUTE ORDER - 1